# Exhibit A

1/12/16

Medicredit, Inc.
PO Box 1629
Maryland Heights, MO 63043-0629

RE: St. David's Medical Center
Acct. # 46735679
Customer # 71886683

To Whom It May Concern:

With regard to the attached (copy) letter I received a week ago; I made timely and consistent monthly payments on this account from onset. I am assuming that my payments were not satisfactory and therefore the hospital has charged off this account. I am currently unemployed and cannot pay this bill. I have a small amount in savings, $482.22 cents that I could offer as a lump sum payment to settle this account to a zero balance. Please reply within 30 days of receipt of this letter to let me know if that is feasible. Should you deny my offer then I will be using that savings to continue paying the other outstanding medical bills that I have.

Per FDCPA, You do NOT have permission to contact me by phone. Please correspond via USPS to Greg Mayer, 10116 Woodgrove Dr, Dallas, TX 75218

Thank you,

Greg Mayer





UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Greg Mayer
10118 Woodgrove Dr
Dallas, TX 75218

USPS TRACKING#

9590 9403 0189 5120 8770 85

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MARYLAND HEIGHTS, MO 63043

| | | |
|---|---|---|
| Postage | $3.45 | $2.80 |
| Certified Fee | | $0.00 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| Total Postage & Fees | $ | $0.49 |
| | | $6.74 |

0238
03

Postmark Here
01/12/2016

Sent To: Medicredit
Street, Apt. No.; or PO Box No.: Box 1629
City, State, ZIP+4: Maryland Heights, MO 63043

PS Form 3800, August 2006      See Reverse for Instructions

7007 0960 0001 0677 7397

```
              MOBILE FINANCE
         10233 E NORTHWEST HWY STE 333
                    DALLAS
                      TX
                   752389997
                  4822160238
         01/12/2016  (800)275-8777  12:18 PM
         ==========================================

         Product              Sale        Final
         Description          Qty         Price

         9.5 x 12.5            1          $2.19
         Mailer
             (Unit Price:$2.19)
         First-Class           1          $3.14
         Parcel Service
             (Domestic)
             (PRINCETON, MA  01541)
             (Weight:0 Lb 5.40 Oz)
             (Expected Delivery Day)
             (Friday 01/15/2016)
             (USPS Tracking #)
             (9500 1113 2556 6012 1473 40)
         First-Class           1          $0.49
         Mail
         Letter
             (Domestic)
             (MARYLAND HEIGHTS, MO  63043)
             (Weight:0 Lb 0.80 Oz)
             (Expected Delivery Day)
             (Friday 01/15/2016)
         Certified             1          $3.45
             (USPS Certified Mail #)
             (70090960000106777397)
         Return                1          $2.80
         Receipt
             (USPS Return Receipt #)
             (9590940301895120877085)

         Total                            $12.07

         Credit Card Remitd               $12.07
             (Card Name:MasterCard)
             (Account #:XXXXXXXXXXXX6956)
             (Approval #:01250P)
             (Transaction #:272)


         *******************************************
         BRIGHTEN SOMEONE'S MAILBOX. Greeting
         cards available for purchase at select
         Post Offices.
         *******************************************

         Text your tracking number to 28777
         (2USPS) to get the latest status.
         Standard Message and Data rates may
         apply. You may also visit USPS.com
         USPS Tracking or call 1-800-222-1811.


         Order stamps at usps.com/shop or call
         1-800-Stamp24. Go to
         usps.com/clicknship to print shipping
         labels with postage. For other
         information call 1-800-ASK-USPS.


         *******************************************
         Get your mail when and where you want
         it with a secure Post Office Box. Sign
         up for a box online at
         usps.com/poboxes.
         *******************************************


              All sales final on stamps and postage
              Refunds for guaranteed services only
                    Thank you for your business

                   HELP US SERVE YOU BETTER

                  TELL US ABOUT YOUR RECENT
```