# Exhibit B

March 25, 2016

Medicredit, Inc.
PO Box 1629
Maryland Heights, MO 63043-0629
RE: St. David's Medical Center
Acct. # 46735679
For: Gregory Mayer

To whom it may concern:

In reply to your 3/17/2016 dated letter (copy attached). I am unable to agree to your offer. I reference the original 1/12/2016 dated letter (copy attached) that I sent to you certified mail and someone in or from your office signed for it on 1/15/2016. This letter specifically stated that you do not contact me by phone. Your office has contacted me five times since you received my letter as well as leaving me four voice mails. As a result, I believe that you have violated FDCPA. Didn't Medicredit just settle with regard to violating FDCPA this past December of 2015? (ref: Prater v. Medicredit, Inc.)

Again, YOU DO NOT HAVE PERMISSION to contact me by phone.

Any future correspondence may be done via the USPS and sent to the following address:

Gregory Mayer
7300 Henneman Way #3401
McKinney, TX 75070

Thank you,


Gregory Mayer







Sender: Greg Mayer
7300 Hinneman Way #3401
McKinney, TX 75070



```
                  NORTHLAKE FINANCE
              10233 E NORTHWEST HWY STE 333
                         DALLAS
                          TX
                       752389997
                      4822160238
       03/30/2016    (800)275-8777    4:27 PM
       ==========================================
       ==========================================

       Product                Sale         Final
       Description            Qty          Price

       First-Class             1          $0.49
       Mail
       Letter
           (Domestic)
           (MARYLAND HEIGHTS, MO  63043)
           (Weight:0 Lb 0.90 Oz)
           (Expected Delivery Day)
           (Saturday 04/02/2016)
       Certified               1          $3.45
           (USPS Certified Mail #)
           (70142870000011639111)
       Return                  1          $2.80
       Receipt
           (USPS Return Receipt #)
           (9590940303555163413203)
       Mdna Cndlbra            2         $19.60
       Bklt
           (Unit Price:$9.80)

       Total                             $26.34

       Credit Card Remitd                $26.34
           (Card Name:MasterCard)
           (Account #:XXXXXXXXXXXX7891)
           (Approval #:03045Z)
           (Transaction #:540)


       ******************************************
       BRIGHTEN SOMEONE'S MAILBOX. Greeting
       cards available for purchase at select
       Post Offices.
       ******************************************

       Text your tracking number to 28777
       (2USPS) to get the latest status.
       Standard Message and Data rates may
       apply. You may also visit USPS.com
       USPS Tracking or call 1-800-222-1811.


       Order stamps at usps.com/shop or call
       1-800-Stamp24. Go to
       usps.com/clicknship to print shipping
       labels with postage. For other
       information call 1-800-ASK-USPS.


       ******************************************
       Get your mail when and where you want
       it with a secure Post Office Box. Sign
       up for a box online at
       usps.com/poboxes.
       ******************************************


          All sales final on stamps and postage
          Refunds for guaranteed services only
              Thank you for your business

                 HELP US SERVE YOU BETTER

               TELL US ABOUT YOUR RECENT
                    POSTAL EXPERIENCE

                          Go to:
           https://postalexperience.com/Pos

           840-5752-0116-001-00006-56966-02

                 or scan this code with
                 your mobile device:
```