# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **GREGORY MAYER, individually and on behalf of all others similarly situated,** | § § § § | **CIVIL ACTION NO. 4:17-cv-7** |
| *Plaintiff,* | § § | |
| **v.** | § § | |
| **MEDICREDIT, INC. and NPAS, INC.,** | § § | |
| *Defendants* | § § § | |

---

## NOTICE OF SETTLEMENT

---

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW Plaintiff Gregory Mayer ("Plaintiff") and hereby gives Notice that the parties have reached a tentative settlement which will resolve the pending action in its entirety.

The parties anticipate it may take up to 60 days to finalize the language in the Settlement Agreement.  The parties request that the Court abate all pending deadlines in the case pending filing of the Dismissal paperwork.

Dated: May 9, 2017                         Respectfully submitted,

                                           By: /s/ Walt Roper
                                         Walt Roper
                                         TX State Bar No. 00786208
                                         **THE ROPER FIRM, P.C.**
                                         3001 Knox Street, Suite 405
                                         Dallas, TX 75205
                                         Telephone: 214.420.4520
                                         Facsimile: 1+214.856.8480
                                         Email: walt@roperfirm.com

                                 **ATTORNEY FOR PLAINTIFF**

                                    **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2017, I electronically filed this Notice of Settlement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                         /s/ Walt D. Roper
                                         Walt D. Roper