# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **GREGORY MAYER**, individually and on behalf of all others similarly situated,<br>  *Plaintiff*,<br><br>v.<br><br>**MEDICREDIT, INC. and NPAS, INC.**,<br>  *Defendants* | § § § § § § § § § § § § §   CIVIL ACTION NO. 4:17-cv-7 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

Dated: July 11, 2017

Respectfully submitted,

*/s/ Walt D. Roper*
Walt D. Roper
TX State Bar No. 00786208
**The Roper Firm, P.C.**
3001 Knox Street, Suite 405
Dallas, TX 75205
214.420.4520
1+214.856.8480 - Facsimile
walt@roperfirm.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Jeremy W. Hays*
Jeremy W. Hays
Lead Attorney
Texas Bar No. 24083156
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas 75225

Telephone: (214) 987-3800
Facsimile: (214) 987-3927
jeremy.hays@ogletreedeakins.com

*/s/ Jamie N Cotter*
Jamie N Cotter, Partner
Colorado Bar No. CO 40309
**SPENCER FANE LLP**
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: 303.839.3826
Facsimile: 303.839.3838
jcotter@spencerfane.com

*/s/ Scott J. Dickenson*
Scott J. Dickenson
Missouri Bar No. MO 50478
**SPENCER FANE LLP**
1 N. Brentwood Blvd, Suite 1000
St. Louis, MO 63105
Telephone: 314.863.7733
Facsimile: 314.862.4656
sdickerson@spencerfane.com
mrhodes@spencerfane.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was served on all counsel of record on July 11, 2017 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ Walt D. Roper
Walt D. Roper