## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |  |
|---|---|---|
| **GREGORY MAYER, individually and on behalf of all others similarly situated,** §§§§§ | | **CIVIL ACTION NO. 4:17-cv-7** |
| *Plaintiff*, §§ | | |
| **v.** § | | |
| **MEDICREDIT, INC. and NPAS, INC.,** §§§ | | |
| *Defendants* §§ | | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the Stipulation of Dismissal with Prejudice, the Court GRANTS the

Stipulation of Dismissal with Prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 12th day of July, 2017.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE